**DISMISS; and Opinion Filed April 17, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00460-CR
No. 05-14-00461-CR
No. 05-14-00462-CR
No. 05-14-00463-CR

**TROY LEE PERKINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-00645-S, F07-71769-S, F07-71970-S, F07-71990-S**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Brown
Opinion by Justice Brown

Troy Lee Perkins pleaded guilty to four aggravated robbery offenses. Pursuant to plea agreements, he was sentenced to twelve years' imprisonment in each case. Sentence was imposed in open court on January 7, 2008, and appellant did not appeal at that time. The Court now has before it appellant's April 14, 2014 fourth motion seeking out-of-time appeals of his convictions.[1] In this fourth notice of appeal, appellant again seeks to withdraw his guilty pleas.

---

[1] This Court has previously dismissed for want of jurisdiction appeals involving these same trial court numbers. *See Perkins v. State*, Nos. 05-14-00091–00094-CR (Tex. App.–Dallas Feb. 3, 2014, pet. ref'd); *Perkins v. State*, Nos. 05-13-01119–01122-CR (Tex. App.–Dallas Sept. 11, 2013, pet. ref'd); *Perkins v. State*, No. 05-12-01511-CR (Tex. App.–Dallas Dec. 13, 2012, no pet.); *Perkins v. State*, Nos. 05-12-01512–01514-CR (Tex. App.–Dallas Nov. 28, 2012, no pet.).

Appellant's April 14, 2014 notice of appeal is untimely as to his January 7, 2008 sentences in these cases. *See* TEX. R. APP. P. 26.2(a)(1); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam). Moreover, this Court has received nothing from the Texas Court of Criminal Appeals stating appellant has been granted out-of-time appeals, and this Court has no authority to grant appellant out-of-time appeals.

We dismiss the appeals for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140460F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00460-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-00645-S.
Opinion delivered by Justice Brown,
Justices Lang and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 17th day of April, 2014.

/Ada Brown/

ADA BROWN
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00461-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F07-71769-S.
Opinion delivered by Justice Brown,
Justices Lang and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 17th day of April, 2014.

/Ada Brown/
ADA BROWN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00462-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas

Trial Court Cause No. F07-71970-S.

Opinion delivered by Justice Brown, Justices Lang and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 17th day of April, 2014.

/Ada Brown/
ADA BROWN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-14-00463-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F07-71990-S.
Opinion delivered by Justice Brown,
Justices Lang and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 17th day of April, 2014.

/Ada Brown/

ADA BROWN
JUSTICE

–6–